(Official Form 1) (9/97)

| FORM B1 | **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **Voluntary Petition** |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br><br>*TRAYLOR, TYRONE* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br><br>*TRAYLOR, EMMA* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names):<br>*NONE* |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* |
| STREET ADDRESS OF DEBTOR:<br>*7937 S WABASH*<br>*CHICAGO IL 60619*     Ph: *773-723-5614* | STREET ADDRESS OF JOINT DEBTOR:<br>*7937 S WABASH*<br>*CHICAGO IL 60619* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*Cook* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*Cook* |
| MAILING ADDRESS OF DEBTOR:<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR:<br>*SAME* |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[X] Individual(s)       [ ] Railroad<br>[ ] Corporation        [ ] Stockbroker<br>[ ] Partnership        [ ] Commodity Broker<br>[ ] Other | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br>[ ] Chapter 7    [ ] Chapter 11  [X] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business    [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only).   Must attach signed applica-tion |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional) | |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

ESTIMATED NO. OF CREDITORS:    [X] 16-49
ESTIMATED ASSETS (thousands):   [X] $100,001 to $500,000
ESTIMATED DEBTS (thousands):    [X] $100,001 to $500,000

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/16/2003
Time: 14:44:22
Debtor: TYRONE TRAYLOR          Fee : 194
Case: 03-50494
Chapter: 13 Rec. # : 3051658
Judge: Jacqueline Cox
341 mtg: 01/15/2004 @ 02:00PM
ConfHrs: 02/09/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:03BK50494-BK001

(Official Form 1) (9/97)

| Voluntary Petition | NAME OF DEBTOR(S): | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | *TYRONE TRAYLOR and EMMA TRAYLOR* | |

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| LOCATION WHERE FILED: *NORTHERN DIST/EASTERN DIV IL* | CASE NUMBER: *0208550/ 0237096* | DATE FILED: *3/5/02  9/24/02* |
|---|---|---|

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| NAME OF DEBTOR: *NONE* | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT: | RELATIONSHIP: | JUDGE: |

## SIGNATURES

| SIGNATURE(S) OF DEBTOR(S) (Individual/Joint) | SIGNATURE OF DEBTOR (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Debtor: *TYRONE TRAYLOR*<br>X _____<br>Joint Debtor: *EMMA TRAYLOR*<br>Telephone No. (if In Pro Per):<br>Date: | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Name:<br>Title:<br>Date: |

| SIGNATURE OF ATTORNEY | SIGNATURE OF NON-ATTORNEY PETITION PREPARER |
|---|---|
| X _____<br>Attorney: *Thomas Holstein*<br>Bar No.:<br>Firm Name: *Thomas Holstein*<br>Address: *109 West Elm Street*<br>       *Chicago, Illinois 60610*<br>       *Bar No. 1251716*<br>Telephone No: *(312)351-7399*<br>Date: | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Name:<br>Social Security Number:<br>Address: |

| EXHIBIT A | |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br>[  ] Exhibit A is attached and made a part of this petition. | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| EXHIBIT B | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
|---|---|
| (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Attorney: *Thomas Holstein*<br>Date: | X _____<br>Signature of Preparer<br>Date:<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 USC S110; 18 USC S156 |

TYRONE TRAYLOR
EMMA TRAYLOR
7937 S WABASH
CHICAGO IL 60619

CAPITAL ONE
PO BOX 85617
RICHMOND, VA. 23276

NORTHSTAR C.U.
3 S 555TH WINFIELD RD
WARRENVILLE IL 60555

Thomas Holstein
109 West Elm Street
Chicago, Illinois 60610
Bar No. 1251716

CCS
PAYMENT PROCESSING
NEEDHAM MA

PEOPLES GAS
CHICAGO, IL.
60687-0001

ADVOCATE PROFESSIONAL
21014 NETWORK PL.
CHICAGO IL 60473-1210

CHICAGO DEPT OF WATER
333 S. STATE
#LL10-
CHICAGO, IL. 60604

SENEX SERVICES
PO BOX 90199
INDIANAPOLIS IN 46290-0199

ALLIED SERVICE
422 BEDFORD AVE.
BELLMORE NY 11710-3564

COM ED
BILL PAYMENT CENTER
CHICAGO, IL. 60668-0001

AMERITECH
% RMA
PO BOX 105405
ATLANTIC GE 30348-5405

CROSS COUNTRY BANK
PO BOX 310711
BOCA RATON FL 33431-0711

ARCADIA FINANCIAL
PO BOX 4367
CAROL STREAM IL 60197-4367

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS SD 57117-5519

ARONSON FURNITURE
3401 W 47TH ST.
CHICAGO, IL. 60632

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
KANSAS CITY, MO. 64999

AT&T CABLE
PO BOX 173885
DENVER CO 80217-3885

MIDAS
82ND S COTTAGE GROVE
CHICAGO IL 60619

BANK ONE
PO BOX 260180
BATON ROUGE LA
70826

MTG ELECTRONIC
% SHAPIRO & KREISMAN
4201 LAKE COOK RD.
NORTHBROOK IL 60062

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re   *TYRONE TRAYLOR*                          Case No.
        and                                      Chapter 13
        *EMMA TRAYLOR*
                                                 / Debtors

Attorney for Debtor: Thomas Holstein

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A – Real Property | Yes | 1 | $ 120,000.00 | | |
| B – Personal Property | Yes | 3 | $ 1,460.00 | | |
| C – Property Claimed As Exempt | Yes | 1 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 93,210.00 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 14,733.00 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,481.25 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,186.25 |

Total Number of sheets
in ALL Schedules ›  13

Total Assets ›  $   121,460.00

Total Liabilities ›  $   107,943.00

In re: _TYRONE TRAYLOR and EMMA TRAYLOR_ _____ / Debtors  Case No.

## SCHEDULE A — REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| _7937 S WABASH, CHICAGO IL 60619_<br>_Debtor's Interest: Fee simple_<br>_PROPERTY IN DIRE NEED OF NEW WINDOWS AND DOORS. NEEDS NEW_<br>_ROOF- LEAKS DURING HEAVY RAIN AND SNOW. ELECTRICAL AND_<br>_PLUMBING ARE ALSO NEEDED. BASEMENT FLOODS. EST COSTS_<br>_ORDER TO BE ABLE TO SELL PROPERTY FOR WHAT IS LISTED AS_<br>_CURRENT MARKET VALUE IS APPROX $20,000-$22,000_<br>_MARKET VALUE WITHOUT REPAIRS IS APPROX:  $99,000_<br>_MINUS REALTOR FEES AND COST FOR SALE (6%):  6,000_<br>_EQUALS:  $93,000_<br>_MINUS EXEMPTION:  15,000_<br>_BALANCE OF:  78,000_<br>_THERE IS NO ACTUAL UNPROTECTED EQUITY IN THIS PROPERTY_ | | J | $ 120,000 | $ 78,000 |

Total  $ 120,000

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors    Case No.

## SCHEDULE B — PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1.  Cash on hand.<br>*CASH* | | J | $ 100 |
| 2.  Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.<br>*NORTHERN TRUST BANK*<br>*NOTE:BANK ONE ACCT-CLOSED APPROX 10/22/03-HUSBAND ONLY* | | J | $ 240 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others.<br>[x] NONE | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment.<br>*ALL HHG* | | J | $ 500 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles.<br>*MISC.* | | J | $ 170 |
| 6.  Wearing apparel.<br>*ALL NECESSARY WEARING APPAREL* | | J | $ 450 |
| 7.  Furs and jewelry.<br>[x] NONE | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment.<br>[x] NONE | | | |
| 9.  Interests in insurance policies.<br>[x] NONE | | | |
| 10. Annuities.<br>[x] NONE | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.<br>[x] NONE | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.<br>[x] NONE | | | |

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors   Case No.

## SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
    [x] NONE

24. Boats, motors, and accessories.
    [x] NONE

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors    Case No.

## SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

25. Aircraft and accessories.
   [x] NONE

26. Office equipment, furnishings, and supplies.
   [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
   [x] NONE

28. Inventory.
   [x] NONE

29. Animals.
   [x] NONE

30. Crops — growing or harvested.
   [x] NONE

31. Farming equipment and implements.
   [x] NONE

32. Farm supplies, chemicals, and feed.
   [x] NONE

33. Other personal property of any kind not already listed.
   [x] NONE

                                                    Total      $ 1,460

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors    Case No.

## SCHEDULE C — PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2): Exemptions available under applicable nonbankruptcy
                      federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | $ 120,000 |
| *7937 S WABASH, CHICAGO IL 60619* | | | |
| *PROPERTY IN DIRE NEED OF NEW WINDOWS AND DOORS. NEEDS NEW* | | | |
| *ROOF- LEAKS DURING HEAVY RAIN AND SNOW. ELECTRICAL AND* | | | |
| *PLUMBING ARE ALSO NEEDED. BASEMENT FLOODS. EST COSTS* | | | |
| *ORDER TO BE ABLE TO SELL PROPERTY FOR WHAT IS LISTED AS* | | | |
| *CURRENT MARKET VALUE IS APPROX $20,000-$22,000* | | | |
| *MARKET VALUE WITHOUT REPAIRS IS APPROX:*     $99,000 | | | |
| *MINUS REALTOR FEES AND COST FOR SALE (6%):*    6,000 | | | |
| *EQUALS:*                            $93,000 | | | |
| *MINUS EXEMPTION:*                     15,000 | | | |
| *BALANCE OF:*                         78,000 | | | |
| *THERE IS NO ACTUAL UNPROTECTED EQUITY IN THIS PROPERTY* | | | |
| | *735 ILCS 5/12-901* | $ 15,000 | |
| **Cash on hand** | | | $ 100 |
| *CASH* | | | |
| | *735 ILCS 5/12-1001(b)* | $ 100 | |
| **Deposits of money with banks, etc** | | | $ 240 |
| *NORTHERN TRUST BANK* | | | |
| *NOTE:BANK ONE ACCT-CLOSED APPROX 10/22/03-HUSBAND ONLY* | | | |
| | *735 ILCS 5/12-1001(b)* | $ 240 | |
| **Household goods and furnishings** | | | $ 500 |
| *ALL HHG* | | | |
| | *735 ILCS 5/12-1001(b)* | $ 500 | |
| **Books, pictures, art and collections** | | | $ 170 |
| *MISC.* | | | |
| | *735 ILCS 5/12-1001(a)* | $ 170 | |
| **Wearing apparel** | | | $ 450 |
| *ALL NECESSARY WEARING APPAREL* | | | |
| | *735 ILCS 5/12-1001(a)* | $ 450 | |

In re: *TYRONE TRAYLOR and EMMA TRAYLOR*_____ / Debtors   Case No.

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No. 119345–119345<br>CHICAGO DEPT OF WATER<br>333 S. STATE<br>#LL10–<br>CHICAGO, IL. 60604 | WATER ON RESIDENCE<br>WATER ON RESIDENCE<br>Value: $ 0.00 | $ 1,000.00 | $ 1,000.00<br>*Joint Debt |
| 2. | Account No. 01 CH 16004<br>MTG ELECTRONIC<br>% SHAPIRO & KREISMAN<br>4201 LAKE COOK RD.<br>NORTHBROOK IL 60062 | Mortgage<br>7937 S WABASH, CHICAGO IL 60619<br>Value: $ 120,000.00 | $ 78,000.00 | $ 0.00<br>*Joint Debt |
| 3. | Account No. 01 CH 16004<br>MTG ELECTRONIC<br>% SHAPIRO & KREISMAN<br>4201 LAKE COOK RD.<br>NORTHBROOK IL 60062 | ARREARS ON MORTGAGE<br>7937 S WABASH, CHICAGO IL<br>Value: $ 120,000.00 | $ 14,210.00 | $ 0.00<br>*Joint Debt |

No continuation sheets attached                Subtotal:   $ 93,210.00
                                               Total:      $ 93,210.00

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors   Case No.

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors    Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 1. | Account No. 163558<br>ADVOCATE PROFESSIONAL<br>21014 NETWORK PL.<br>CHICAGO IL 60473-1210 | Medical bills | $ 50.00<br>*Joint Debt |
| 2. | Account No. 230289900166<br>ALLIED SERVICE<br>422 BEDFORD AVE.<br>BELLMORE NY 11710-3564 | Credit card purchases | $ 780.00<br>*Joint Debt |
| 3. | Account No. 68245511000<br>AMERITECH<br>% RMA<br>PO BOX 105405<br>ATLANTIC GE 30348-5405 | COLLECTIONS | $ 760.00<br>*Joint Debt |
| 4. | Account No. 0437259501<br>ARCADIA FINANCIAL<br>PO BOX 4367<br>CAROL STREAM IL 60197-4367 | DEFICIANCEY BALANCE ON CAR<br>NOTICE -1998 FORD TAURUS<br>SURRENDERED 11/03 | $ 1,500.00<br>*Joint Debt |
| 5. | Account No. 01396208TRM<br>ARONSON FURNITURE<br>3401 W 47TH ST.<br>CHICAGO, IL. 60632 | GENERAL GOODS | $ 200.00<br>*Joint Debt |
| 6. | Account No.<br>AT&T CABLE<br>PO BOX 173885<br>DENVER CO 80217-3885 | CABLE TV | $ 540.00<br>*Joint Debt |
| 7. | Account No. 1110031307310<br>BANK ONE<br>PO BOX 260180<br>BATON ROUGE LA<br>70826 | ACCOUNT CLOSED 10/03 | $ 162.00<br>*Joint Debt |
| 8. | Account No.<br>CAPITAL ONE<br>PO BOX 85617<br>RICHMOND, VA. 23276 | Credit card purchases | $ 674.00<br>*Joint Debt |

1 continuation sheet attached                          Subtotal:    $ 4,666.00

In re: _TYRONE TRAYLOR and EMMA TRAYLOR_ _____ / Debtors    Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 9.  Account No.<br>CCS<br>PAYMENT PROCESSING<br>NEEDHAM MA | COLLECTIONS | $ 645.00<br>*Joint Debt |
| 10.  Account No. 5021752<br>COM ED<br>BILL PAYMENT CENTER<br>CHICAGO, IL. 60668-0001 | COLLECTIONS | $ 1,000.00<br>*Joint Debt |
| 11.  Account No.<br>CROSS COUNTRY BANK<br>PO BOX 310711<br>BOCA RATON FL 33431-0711 | Credit card purchases | $ 705.00<br>*Joint Debt |
| 12.  Account No.<br>FIRST PREMIER BANK<br>PO BOX 5519<br>SIOUX FALLS SD 57117-5519 | Credit card purchases | $ 452.00<br>*Joint Debt |
| 13.  Account No.<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>KANSAS CITY, MO. 64999 | 99<br>INCOME TAXES/99 | $ 3,650.00<br>*Wife's Debt |
| 14.  Account No.<br>MIDAS<br>82ND S COTTAGE GROVE<br>CHICAGO IL 60619 | MISC REPAIRS | $ 440.00<br>*Joint Debt |
| 15.  Account No.<br>NORTHSTAR C.U.<br>3 S 555TH WINFIELD RD<br>WARRENVILLE IL 60555 | 02<br>DEFICIANCEY BALANCE ON CAR<br>1998 DODGE CARAVAN | $ 2,000.00<br>*Joint Debt |
| 16.  Account No.<br>PEOPLES GAS<br>CHICAGO, IL.<br>60687-0001 | Utility bills | $ 800.00<br>*Joint Debt |
| 17.  Account No. V00024484891<br>SENEX SERVICES<br>PO BOX 90199<br>INDIANAPOLIS IN 46290-0199 | Medical bills | $ 375.00<br>*Joint Debt |

Sheet no. 1 of 1

Subtotal:  $ 10,067.00
Total:  $ 14,733.00

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors    Case No. _____

## SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|

[X] No executory contracts or unexpired leases.

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors   Case No.

## SCHEDULE H — CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

[X] Debtor has no codebtors.

In re: *TYRONE TRAYLOR and EMMA TRAYLOR* _____ / Debtors    Case No.

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| TYRONE | 17 | SON |
| TORRELL | 7 | SON |
| TEREAS | 3 | SON |

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|--|--------|--------|
| Occupation: | CHEF | GENL OFFICE |
| Name of Employer: | CHICAGO HILTON AND TOWERS | ABBOTT LABORATORIES |
| How Long Employed: | 15 | 2 WEEKS |
| Employer Address: | 720 S MICHIGAN | 100 ABBOTT PARK RD |
|  | CHICAGO IL | ABOTT PARK IL |

|  | DEBTOR | SPOUSE |
|--|--------|--------|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 2,092.13 | $ 2,600.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,092.13 | $ 2,600.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 301.97 | $ 595.27 |
| b. Insurance | $ 47.67 | $ 0.00 |
| c. Union dues | $ 33.47 | $ 0.00 |
| d. Other: CHILD SUPPORT | $ 232.50 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 615.62 | $ 595.27 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,476.52 | $ 2,004.73 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,476.52 | $ 2,004.73 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,481.25 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    NONE

In re: _TYRONE TRAYLOR and EMMA TRAYLOR_____ / Debtors   Case No.

### SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?   Yes___   No_x_ | | |
| Is property insurance included?   Yes___   No_x_ | | |
| Utilities: Electricity and heating fuel | $ | 350.00 |
|          Water and sewer | $ | 73.75 |
|          Telephone | $ | 65.00 |
|          Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 30.00 |
| Food | $ | 600.00 |
| Clothing | $ | 140.00 |
| Laundry and Dry cleaning | $ | 70.00 |
| Medical and Dental expenses | $ | 60.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ | 70.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|          Homeowner's or renter's | $ | 0.00 |
|          Life | $ | 0.00 |
|          Health | $ | 0.00 |
|          Auto | $ | 125.00 |
|          Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ | 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | | |
|          Auto | $ | 0.00 |
|          Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm | | |
| (attach detailed statement) | $ | 0.00 |
| Other SCHOOL EXPENSES, TRANS FOR CHILDREN | $ | 80.00 |
|          DAYCARE $75 WEEK X 4.3 | $ | 322.50 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,186.25 |

| | | |
|---|---|---|
| FOR CHAPTER 12 AND 13 DEBTORS ONLY | | |
| A. Total projected monthly income | $ | 3,481.25 |
| B. Total projected monthly expenses | $ | 2,186.25 |
| C. Excess income (A minus B) | $ | 1,295.00 |
| D. Total amount to be paid into plan Bi-Weekly | $ | 597.69 |

In re: _TYRONE TRAYLOR and EMMA TRAYLOR_____ / Debtors    Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 14 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___12/4/03___     Signature _____
                                  TYRONE TRAYLOR, Debtor

Date ___12/4/03___     Signature _____
                                  EMMA TRAYLOR, Joint Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *TYRONE TRAYLOR*                                    Case No.
     and                                           Chapter *'3*
    *EMMA TRAYLOR*
                                           / Debtors

Attorney for Debtor: Thomas Holstein

### STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

    *TYRONE TRAYLOR*
    Income, year to date: *18,430*
           Last year: *18,500*
         Year before: *$17,720*
          Source(s): *EMPLOYMENT*

    *EMMA TRAYLOR- STARTED JOB 2 WEEKS AGO*
    Income, year to date: *$1,200*
           Last year: *ON UNEMPLOYMENT*
         Year before:
          Source(s):

2. Income other than from Employment or Operation of Business.

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

    [X] None

3. Payments to Creditors.

    a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

    [X] None

    _____

    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

    [X] None

    _____

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

                    Case title: *MTG ELECTRONIC V/S TYRONE TRAYLOR*
                       Case #: *01 CH 16004*
           Court/Agency location: *CHANCERY DIVISION*
            Nature of proceeding: *FORECLOSURE*
                   Suit status: *PENDING*

    _____

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

    [X] None

    _____

5. Repossessions, Foreclosures and Returns.

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

    [X] None

    _____

6. Assignments and Receiverships.

    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

    [X] None

_____

    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

    [X] None

_____

7. Gifts.

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

    [X] None

_____

8. Losses.

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

    [X] None

_____

9. Payments Related to Debt Counseling or Bankruptcy.

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

                Payee: *Thomas Holstein*
              Address: *109 West Elm Street*
                Addr2: *Chicago, Illinois 60610, Bar No. 1251716*
      Date of payment:
                Payor: *TYRONE TRAYLOR*
        Payment/Value: *$ 500.00*

_____

10. Other Transfers.

List all other property, other than property transferred in the ordinary course of
the business or financial affairs of the debtor, transferred either absolutely or as a
security within one year immediately preceding the commencement of this case.

[X] None

11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the
benefit of the debtor which were closed, sold, or otherwise transferred within one year
immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions.

        Institution: BANK ONE
            Address: PO BOX 260180
    Type of account: CHECKING
          Account #: 1110031307310
      Final balance: -$162.00
    Date of closing: APPROX 10/22/03

12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had
securities, cash, or other valuables within one year immediately preceding the
commencement of this case.

[X] None

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of
the debtor within 90 days preceding the commencement of this case.

[X] None

14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

[X] None

## 17. Books, records and financial statements.

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

[X] None

_____

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

_____

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

[X] None

_____

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] None

_____

## 18. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] None

_____

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] None

_____

19. Current Partners, Officers, Directors and Shareholders.

   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

   [X] None

_____

   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

   [X] None

_____

20. Former partners, officers, directors and shareholders.

   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

   [X] None

_____

   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

   [X] None

_____

21. Withdrawals from a Partnership or Distributions by a Corporation.

   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

   [X] None

_____

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date ___12/4/03___     Signature _____
                                    TYRONE TRAYLOR, Debtor

Date ___12/4/03___     Signature _____
                                    EMMA TRAYLOR, Joint Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_____     _____     _____
Date                     Signature of Debtor                Case Number

Debtor Copy / Court Copy
(B 201 Rev 1/95)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re   *TYRONE TRAYLOR*
     and
    *EMMA TRAYLOR*

Case No.
Chapter 13

_____ / Debtors

Attorney for Debtor: Thomas Holstein

## STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . . . $ 2,000.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . . 500.00
    c) Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1,500.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the
       debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b) Preparation and filing of the petition, schedules, statement of affairs and other
       documents required by the court.
    c) Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
    *none other*.

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other*.

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
    *None.*

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None.*

Dated:

Respectfully submitted,

Attorney for Petitioner: *Thomas Holstein*
*109 West Elm Street*
*Chicago, Illinois 60610*
*Bar No. 1251716*